UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J. BURCHETT PHOTOGRAPHY,
INC.,

                        Plaintiff,

        v.

GLOBAL SOURCES LTD.,

                        Defendant.

**ORDER**

25-cv-8849 (ER)

RAMOS, D.J.

Simon J. Burchett Photography initiated the instant action against Global Sources on October 27, 2025.  Doc. 1.  A summons was issued on October 28, 2025, but Simon J. Burchett Photography has not filed an affidavit of service.  Doc. 5.

Simon J. Burchett Photography is instructed to submit a status letter by **April 16, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: April 9, 2026
       New York, New York

_____
        Edgardo Ramos, U.S.D.J.