UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J BURCHETT PHOTOGRAPHY, INC.,

Plaintiff,

v.

GLOBAL SOURCES LTD.,

Defendant.

**ORDER**

25 Civ. 8849 (ER)

RAMOS, D.J.

On October 27, 2025, Simon J. Burchett Photography, Inc. filed a complaint against Global Sources Ltd., seeking damages for copyright infringement and violations of the Digital Millennium Copyright Act. Doc. 1. A summons was issued on October 28, 2025, Doc. 5, but after Simon J. Burchett Photography failed to serve Defendant, the Court directed Plaintiff to submit a status letter by April 16, 2026 and warned that "[f]ailure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m)." Doc. 7. Plaintiff failed to file a status report by that date, and as of the date of this Order, Plaintiff has not filed an affidavit of service and Defendant has not appeared in the action. For the reasons set forth below, the Court dismisses this case for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Nearly a year has passed since Plaintiff filed the Complaint. Plaintiff has also failed to provide the Court with a status report, even when warned that failure to respond could result in dismissal under Rule 4(m). Accordingly, the Court dismisses Plaintiff's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.